# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANTHONY L. VIOLA,**

    **Plaintiff,**

vs.                                       **Case No.: 2:16-cv-1036**
                                                   **JUDGE GEORGE C. SMITH**
                                                   **Magistrate Judge Jolson**

**DANIEL J. KASARIS,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff Anthony Viola's Motion for Reconsideration of this Court's August 6, 2019 Order denying Plaintiff's Motion for Relief from Judgment. (Doc. 44). Plaintiff is seeking reconsideration and requests this Court vacate its' August 6, 2019 Order because that Order was issued without consideration of Plaintiff's Reply brief. Defendant has responded in opposition arguing that nothing in Plaintiff's reply brief changed the fact that his Motion for Relief from Judgment was not timely. The Court agrees and does not find that Plaintiff has provided sufficient basis for reconsideration of the decision on his Motion for Relief from Judgment. Accordingly, Plaintiff's Motion for Reconsideration is **DENIED**.

The Clerk shall remove Document 44 from the Court's pending motions list and this case shall remain closed.

        **IT IS SO ORDERED**.

                                                 */s/ George C. Smith*
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**